UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO: CR2:24-002 |
| ) | |
| v. ) | 21 U.S.C. § 841(a)(1) |
| ) | Possession with Intent to |
| CORNELIUS DENZEL BUTLER ) | Distribute Controlled |
| a/k/a "JUICE" ) | Substances (Methamphetamine, |
| ) | Cocaine, Cocaine Base, |
| ) | Marijuana) |
| ) | |
| ) | 18 U.S.C. § 924(c) |
| ) | Possession of a Firearm in |
| ) | Furtherance of a Drug Trafficking |
| ) | Crime |

THE GRAND JURY CHARGES THAT:

COUNT ONE

*Possession with Intent to Distribute Controlled Substances*
*(Methamphetamine, Cocaine, Cocaine Base, Marijuana)*
21 U.S.C. § 841(a)(1)

On or about February 24, 2023, in Appling County, within the Southern District of Georgia, the Defendant,

CORNELIUS DENZEL BUTLER,
a/k/a "JUICE,"

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, a mixture or substance containing a detectable amount of

cocaine hydrochloride, a Schedule II controlled substance, a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about February 24, 2023, in Appling County, within the Southern District of Georgia, the Defendant,

**CORNELIUS DENZEL BUTLER,**
a/k/a "JUICE,"

did knowingly possess firearms, to wit:

- SCCY, 9mm handgun;
- Glock, model 23, .40 caliber handgun;
- Glock, model 43, 9mm caliber handgun;
- SKS, model Long Rifle, rifle;
- Jimenez, model J.A. 22, .22 caliber handgun; and
- Draco, model Micro, 7.62 caliber pistol;

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Possession of Controlled Substances With Intent to

Distribute, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One of this Indictment, the Defendant, **CORNELIUS DENZEL BUTLER a/k/a "JUICE,"** shall forfeit to the United States pursuant to Title 21, United States Code, Sections 853(a) any property constituting or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, the offense, including but not limited to:

- SCCY, 9mm handgun, S/N: CPX-2;
- Glock, model 23, .40 caliber handgun, S/N: PDW031;
- Glock, model 43, 9mm caliber handgun, S/N: BLVH071;
- SKS, model Long Rifle, rifle, S/N: 20011480;
- Jimenez, model J.A. 22, .22 caliber handgun, S/N: 221279085;
- Draco, model Micro, 7.62 caliber pistol, S/N: PMD-18658; and
- $19,510.30 United States currency.

Upon conviction of the offense set forth in Count Two of this Indictment, the Defendant, **CORNELIUS DENZEL BUTLER a/k/a "JUICE,"** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28,

4

United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offenses, including, but not limited to:

- SCCY, 9mm handgun, S/N: CPX-2;
- Glock, model 23, .40 caliber handgun, S/N: PDW031;
- Glock, model 43, 9mm caliber handgun, S/N: BLVH071;
- SKS, model Long Rifle, rifle, S/N: 20011480;
- Jimenez, model J.A. 22, .22 caliber handgun, S/N: 221279085; and
- Draco, model Micro, 7.62 caliber pistol, S/N: PMD-18658.

If any of the property described above, as a result of any act or commission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

*{Signatures on the Following Page}*

A True Bill.

_____
Foreperson

_____
Jill E. Steinberg
United States Attorney

_____
Bradley R. Thompson
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

A True Bill.

_____
Foreperson

_____
Jill E. Steinberg
United States Attorney

_____
Bradley R. Thompson
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division